Attorneys admitted in
California, New York,
Texas, Colorado, and Illinois

Sender's contact:
alicitra@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

November 19, 2026

**DELIVERED VIA ECF**
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED. The initial pretrial conference in this case scheduled for December 2, 2026, is adjourned until January 13, 2027, at 12:30pm. A joint letter and proposed case management plan shall be filed with the Court no later than January 3, 2027.

Dated: November 20, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

**Case Title:** ***Brittany Wright v. Ruvi LLC et al***
**Case No.** **1:26-cv-08124-JLR**
**Re:** **Request for Adjournment of Initial Pretrial Conference and Case Management Plan Deadline**

Your Honor:

This office represents Plaintiff Brittany Wright ("Plaintiff") in the above-referenced matter. Plaintiff respectfully requests an adjournment of the Initial Pretrial Conference currently scheduled for December 2, 2026, at 2:30 p.m., together with the corresponding deadline to submit the parties' proposed Civil Case Management Plan, currently November 22, 2026.

Defendant Ruvi LLC ("Defendant") was served with the Summons and Complaint, on November 5, 2026, and its response to the Complaint is not due until November 27, 2026. Defendant has not yet answered or otherwise responded to the Complaint, and no counsel has appeared on its behalf. As a result, Plaintiff has been unable to meet and confer with Defendant regarding the proposed Civil Case Management Plan.

Plaintiff therefore respectfully requests that the conference be adjourned to January 4, 2027, or to a later date convenient to the Court, with the deadline to submit the proposed Civil Case Management Plan adjusted accordingly.

This is Plaintiff's first request for an adjournment. Because Defendant has not yet appeared, Plaintiff has been unable to obtain Defendant's position on this request. Other than the conference, there are no other scheduled appearances before the Court. We thank the Court for its consideration.

Respectfully submitted,

By: */s/ Alexandra Licitra*
Alexandra Licitra, Esq.
DONIGER / BURROUGHS
*Attorney for the Plaintiff*

**SO ORDERED.**

Dated: ____________, 2026

By: ______________________________
Honorable Jennifer L. Rochon

United States District Judge